**THE STATE OF NEW HAMPSHIRE**

**SUPREME COURT**

**In Case No. 2015-0511, <u>Douglas Milbury v. Peaslee Hill, LLC</u>, the court on January 13, 2016, issued the following order:**

Having considered the briefs and record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). We affirm.

The plaintiff, Douglas Milbury, appeals an order of the Superior Court (<u>Smukler</u>, J.) granting summary judgment to the defendant, Peaslee Hill, LLC. He contends that the trial court erred by: (1) granting summary judgment to the defendant; and (2) finding, upon undisputed facts, that: (a) the defendant did not owe him a duty; (b) Jeffrey Knight was not the defendant's agent; (c) the defendant did not violate its duty to invitees; and (d) the defendant was not the proximate cause of his injuries. <u>See</u> <u>Macie v. Helms</u>, 156 N.H. 222, 225 (2007) (holding scope of duty limited to reasonably foreseeable risks).

As the appealing party, the plaintiff has the burden of demonstrating reversible error. <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014). Based upon our review of the trial court's well-reasoned order, the plaintiff's challenges to it, the relevant law, and the record submitted on appeal, we conclude that the plaintiff has not demonstrated reversible error. <u>See</u> <u>id</u>.

<u>Affirmed</u>.

Dalianis, C.J., and Hicks, Conboy, Lynn, and Bassett, JJ., concurred.

**Eileen Fox,
Clerk**